No. 76–549. SKIL CORP. *v.* MILLERS FALLS CO. ET AL. C. A. 6th Cir. Certiorari denied. MR. JUSTICE STEVENS took no part in the consideration or decision of this petition. ■

No. 76–559. DIVISION 241, AMALGAMATED TRANSIT UNION (AFL–CIO) *v.* SUSCY ET AL. C. A. 7th Cir. Certiorari denied. MR. JUSTICE STEVENS took no part in the consideration or decision of this petition.

No. 76–551. AMERICANS UNITED ET AL. *v.* ROGERS ET AL. Sup. Ct. Mo. Certiorari denied. MR. JUSTICE BRENNAN would grant certiorari.

No. 76–552. WHITLOW *v.* HODGES, DIRECTOR, DIVISION OF DRIVER LICENSING, DEPARTMENT OF PUBLIC SAFETY OF KENTUCKY. C. A. 6th Cir. Certiorari denied. MR. JUSTICE BRENNAN and MR. JUSTICE MARSHALL would grant certiorari.

No. 76–5544. BIRT *v.* GEORGIA. Sup. Ct. Ga. Certiorari denied. MR. JUSTICE BRENNAN and MR. JUSTICE MARSHALL would grant certiorari and vacate judgment insofar as it leaves undisturbed the sentence of death. See *Gregg* v. *Georgia*, 428 U. S. 153, 227 (1976) (BRENNAN, J., dissenting); *id.*, at 231 (MARSHALL, J., dissenting).

No. 75–1681. MILLER *v.* STAG OIL PRODUCERS, INC., *ante*, p. 825. Petition for rehearing denied.